## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| ROY H. LOMAS, SR., D/B/A ROY LOMAS CARPET CONTRACTOR, | : | No. 52 MAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| JAMES B. KRAVITZ, CHERRYDALE CONSTRUCTION CO., ANDORRA SPRINGS DEVELOPMENT, INC., AND KRAVMAR, INC. F/K/A EASTERN DEVELOPMENT ENTERPRISES INC., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1) Whether, as a matter of law, the Montgomery County Court of Common Pleas should have been recused from presiding over the non-jury trial due to an appearance of impropriety arising from the ongoing participation and financial interest in the litigation by a sitting member of that Court?

(2) Whether, as a matter of law, an appearance of impropriety was created when a sitting member of the Montgomery County Bench personally participated in the litigation?

Justices Donohue and Wecht did not participate in the consideration or decision of this matter.